IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01687-BNB

JAMES R. SARDAKOWSKI,

    Plaintiff,

v.

GARY MORGEN, and
J. WILLEY,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 3 2009

GREGORY C. LANGHAM
                CLERK

ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED August 3, 2009, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01687-BNB

James R. Sardakowski
Prisoner No. 133162
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed **ORDER** to the above-named individuals on 8/3/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk